CITY BANK FARMERS TRUST COMPANY, Individually and as Trustee, Plaintiff, *v.* ANNA F. ERNST et al., Appellants, and CITY BANK · FARMERS TRUST COMPANY, as Executor of WOOD FOSDICK, Deceased, et al., Respondents, Impleaded with Another.

(Snbmitted October 10, 1932; decided October 18, 1932.)

*E. J. Dimock* for motion.

*Fitzhugh McGrew* and *Windsor B. Putnam* opposed.

Motion denied with leave to renew upon argument of appeal.